United States District Court
Western District of Washington

# U.S. v. Cheryl Elliott, MJ19-5014

**This individual would appear to meet the Court's guidelines for appointment of counsel because:**

☑ Individual has been advised of the right to have court appointed counsel

☐ Individual is a "target" of a Grand Jury investigation

☐ Individual may be exposed to self-incrimination

☐ Individual runs the risk of contempt (may refuse to answer Grand Jury questions)

**Additional Information:**

☑ Individual Received a Pre-charge letter from AUSA **Benjamin Diggs**

☐ Individual has received a _____ to appear for:

☐ Individual was subject to a search of home or property by Federal Agents

☐ Other:

| **Lupe Zamudio** | 1/31/19 |
|---|---|
| Submitted by (CJA Administration) | Date |