```
_____ FILED      _____ ENTERED
_____ LODGED    _____ RECEIVED
```

AUG 30 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL DENISE ELLIOTT<br>a/k/a CHER ANN JOHNSON,<br><br>Defendant. | NO. CR19-164 RSM<br><br>**INFORMATION** |

The United States Attorney charges that:

### COUNT 1
### (Theft of Public Funds)

Beginning in or about January 2001, and continuing through about November 2018, at Federal Way, within the Western District of Washington and elsewhere, CHERYL DENISE ELLIOTT a/k/a CHER ANN JOHNSON, willfully and knowingly embezzled, stole and converted to her own use and the use of another money of the United States, namely Social Security survivor's benefits and other federally funded assistance benefits having an aggregate value of approximately one hundred eighty thousand dollars ($180,000), intending to deprive the United States of the use

INFORMATION/ELLIOTT - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and benefit of that money.

All in violation of Title 18, United States Code, Section 641.

DATED: August 28, 2019

_____
for BRIAN T. MORAN
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
BENJAMIN T. DIGGS
Special Assistant United States Attorney