JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-0164RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| CHERYL DENISE ELLIOTT, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Defendant Cheryl Elliott to file Defendant's Sentencing Memorandum and Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum and Exhibits be filed under seal.

DATED this 7th day of January, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Miriam Schwartz*
First Assistant Federal Public Defender
Attorney for Cheryl Elliott

ORDER TO SEAL DOCUMENT
(*United States v. Elliott*; CR19-0164RSM) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710